

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § | No. 08-15-00286-CV |
| IN RE:  RUBEN LUJAN, In His Capacity as Justice of the Peace, Precint 6-1. | § | Appeal from the |
|  | § | County Court at Law Number 3 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2015DCV1763) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment of the court below and render judgment denying Vicente P. Villanueva's petition for writ of mandamus.  We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2019.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)